ACCEPTED
03-14-00528-CR
5500648
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/1/2015 8:34:27 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00528-CR

## IN THE COURT OF APPEALS
## FOR THE
## THIRD SUPREME JUDICIAL DISTRICT OF TEXAS
## AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/1/2015 8:34:27 PM
JEFFREY D. KYLE
Clerk

## NO. 12-0465-K277

## IN THE 368th DISTRICT COURT
## OF WILLIAMSON COUNTY, TEXAS

## JAMES ALAN WEATHERFORD,
## APPELLANT

## V.

## STATE OF TEXAS,
## APPELLEE

## MOTION FOR LEAVE TO WITHDRAW

DAL RUGGLES
SBN: 24041834
LAW OFFICE OF DAL R RUGGLES
1103 NUECES ST.
AUSTIN, TEXAS 78701
PH: (512) 477-7991 FAX:(512) 477-3580
DAL@RUGGLESLAW.COM

ATTORNEY FOR APPELLANT
ON APPEAL ONLY

**TO THE HONORABLE JUDGES OF SAID COURT:**

COMES NOW, Dal Ruggles, court appointed attorney for Appellant on appeal and would show the court the following:

**I.**

Appellant was charged by indictment on June 7, 2012 in Cause No. 12-0465-K277 with 9 counts of possession with intent to promote child pornography and 15 counts of possession of child pornography. On July 21, 2014, Appellant entered a plea of guilty to counts 1-9 to the lesser-included charge of possession of child pornography and counts 10-24 in the indictment charging possession of child pornography. Appellant's plea was given open to the court with no agreed recommendation as to punishment.

**II.**

A punishment hearing was held on July 23, 2014. At the culmination of the hearing the trial judge found Appellant guilty on counts 1-24 of possession of child pornography and assessed a sentence of 5 years imprisonment on each count to run concurrently.

**III.**

The undersigned attorney was appointed to represent appellant in the appeal of this case. The undersigned attorney has made a conscientious examination of the case and determined that there are no meritorious points of error that can be

raised on appeal. He has prepared an "Anders" brief that he is tendering along with this Motion For Leave to Withdraw. The undersigned attorney has sent Appellant a copy of the "Anders" brief along with a copy of this Motion for Leave to Withdraw.

## IV.

The undersigned attorney has also sent Appellant a certified letter telling him that his review of the case has shown that there are no meritorious issues which can be argued on appeal and informing him that he now has an opportunity to ask to review the record in this case and file his own pro se brief. He has informed Appellant that he has thirty days to file a pro se brief and/or motion for extension of time to file his pro se brief. He has also informed Appellant that should he choose to invoke his right to review the appellate record *pro se* he must send a motion requesting *pro se* access to the appellate record to the court of appeals within ten days of the date of the letter from appellant counsel. An Appellant's Motion for *Pro Se* Access to the Appellate Record lacking only Appellant's signature and date has been forwarded to Appellant as well.

## <u>PRAYER</u>

The undersigned attorney on appeal asks this Court to grant his motion to withdraw, file his Ander's brief and allow Appellant the opportunity to review the record and file his own pro se brief on appeal.

Respectfully submitted,


/s/ Dal Ruggles_____
Dal Ruggles
Attorney at Law
1103 Nueces St.
Austin, Texas 78701
Telephone:  (512) 477-7991
Facsimile:  (512) 477-3580
SBN:  24041834


**ATTORNEY FOR APPELLANT**
**JAMES ALAN WEATHERFORD**


<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of this Motion For Leave to Withdraw was delivered, via e-file, to the Williamson County District Attorney's Office and via first class mail to Appellant on this the 1st day of June, 2015.


/s/ Dal Ruggles_____
Dal Ruggles

4